221 So.2d 519

Nicholas NUCCIO

v.

Louis A. HEYD, Jr., Criminal Sheriff, Parish of Orleans, State of Louisiana.

No. 49825.

May 5, 1969.

In re: Nicholas Nuccio applying for writs of mandamus, review and habeas corpus.

Writs refused. The showing does not warrant the exercise of our supervisory jurisdiction.

221 So.2d 519

STATE of Louisiana

v.

Larry COOPER.

No. 49832.

May 5, 1969.

In re: Larry Cooper applying for writs of mandamus, certiorari and prohibition.

Writs refused. There is no error of law in the ruling of the trial court.